UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  Case number 4:06cv1788 TCM ) |
| SEM ENTERPRISES, INC., d/b/a The Medicine Shoppe and d/b/a Medicine Shoppe Pharmacy, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Pursuant to a telephone conference held with counsel for the parties on April 25, 2007, the Court has been advised that the parties have reached a settlement of all claims in this matter.

Accordingly, by consent of the parties, the Case Management Order and the Order Referring Case to Alternative Dispute Resolution previously entered in this matter on February 13, 2007, are hereby set aside in their entirety.

Additionally, this case shall be dismissed without prejudice by the Court on September 1, 2009, unless a Consent Judgment or Dismissal With Prejudice has been filed in this case prior to that date.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of May, 2007.